# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LATOYA D. MOORE  
726 FURMAN STREET  
ROCFKORD, IL 61101  
SSN-xxx-xx-0766  

Case Number: 04-73048

Case filed on: 6/14/2004  
Plan Confirmed on: 8/6/2004  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $3,840.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | LATOYA D. MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 3,200.00 | 3,200.00 | 2,222.83 | 0.00 |
| 019 | RENT WAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | VAUGHN'S TV & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,200.00 | 3,200.00 | 2,222.83 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 3,143.71 | 3,143.71 | 0.00 | 0.00 |
| 002 | SECURITY FINANCE | 396.00 | 396.00 | 0.00 | 0.00 |
| 003 | ABC CASH'N GO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 450.00 | 450.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN CASH-N-GO | 241.85 | 241.85 | 0.00 | 0.00 |
| 007 | CASH BOX | 391.07 | 391.07 | 0.00 | 0.00 |
| 008 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COLLECTION BUREAU OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | B-LINE LLC | 1,276.52 | 1,276.52 | 0.00 | 0.00 |
| 014 | NICOR GAS | 791.62 | 791.62 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 685.95 | 685.95 | 0.00 | 0.00 |
| 016 | SBC CORPORATION | 492.91 | 492.91 | 0.00 | 0.00 |
| 017 | SURE-TEL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,869.63 | 7,869.63 | 0.00 | 0.00 |
|  | Grand Total: | 12,433.63 | 12,433.63 | 3,586.83 | 0.00 |

Total Paid Claimant: $3,586.83  
Trustee Allowance: $253.17  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 08/29/2007    By /s/Heather Fagan